**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2159**

_____

DEREK N. JARVIS; SHIRLEY J. PITTMAN,

        Plaintiffs - Appellants,

      v.

GRADY MANAGEMENT, INCORPORATED; DUFFIE, INCORPORATED; APRIL
LANE JOINT VENURES; MONTGOMERY COUNTY GOVERNMENT/MONTGOMERY
COUNTY EXECUTIVE; MONTGOMERY COUNTY HOUSING AND COMMUNITY
AFFAIRS OFFICE; MONTGOMERY COUNTY ATTORNEY'S OFFICE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:09-cv-00280-PJM)

_____

Submitted: April 28, 2011        Decided: May 2, 2011

_____

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Derek N. Jarvis and Shirley J. Pittman, Appellants Pro Se. John
Benjamin Raftery, OFFIT KURMAN, PA, Bethesda, Maryland; Edward
Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis and Shirley J. Pittman appeal the district court's order dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jarvis v. Grady Mgmt., Inc.</u>, No. 8:09-cv-00280-PJM (D. Md. Oct. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>